**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6571

RODNEY E. COBBS,

Plaintiff - Appellant,

v.

BEN DAVID; CONNIE JORDAN,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:23-ct-03312-FL-RJ)

Submitted:  October 22, 2024                    Decided:  October 25, 2024

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Rodney E. Cobbs, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodney E. Cobbs appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we deny Cobbs's motion for default judgment and affirm the district court's judgment. *Cobbs v. David*, No. 5:23-ct-03312-FL-RJ (E.D.N.C. May 31, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*